**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**


RUSTY BENNETT, *et al.*,

                Plaintiffs,

vs.

                                Case No. 07-2012-CM

R.J. WOOD & ASSOCIATES, LTD.,

                Defendant.

## <u>ORDER GRANTING MOTION TO WITHDRAW</u>

This matter comes before the Court on the motion of Kevin D. Case, David J. Roberts and Patric S. Linden and the law firm of Case & Roberts to withdraw as counsel of record for defendant R.J. Wood & Associates, Ltd. (Doc. 18).  The Court has reviewed the motion of counsel and finds that it complies with D. Kan. Rule 83.5.5 and that counsel have given notice to the clients of the motion (Doc. 18, Ex. A-B) and of the clients' rights and obligations as provided by said rule.  While the court's docket sheet only reflects the name of Kevin D. Case as attorney for defendant, the court notes the names of David J. Roberts and Patric S. Linden were included as counsel for defendant in its Answer (Doc. 5), although they failed to electronically sign the pleadings.  To avoid any confusion, the court will grant the instant motion to include their withdrawal.  In the future, all counsel should electronically sign a pleading or separately file an entry of appearance to be listed as counsel of record.

The Court therefore Orders that the motion of Kevin D. Case,  David J. Roberts and Patric S. Linden to withdraw as counsel for defendant  R.J. Wood & Associates, Ltd. is granted

and the clerk is directed to send all future notices, pleadings and filings on this matter to R.J.

Wood & Associates, Ltd., 125 E. Cherry Street, Nevada, MO 64772.

**IT IS SO ORDERED.**

Dated this <u>11th</u> day of October, 2007, at Topeka, Kansas.

<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge
